UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

b

| | |
|---|---|
| DEANDRE JOHNSON,<br>Petitioner | CIVIL ACTION NO. 1:13-CV-03136 |
| VERSUS | CHIEF JUDGE DRELL |
| N. BURL CAIN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## MINUTE ENTRY ORDER

A telephone conference was held this day before the undersigned. Present were Avoyelles Parish A.D.A. Andrea Aymond for Respondent (standing in for District Attorney Charles Riddle), and Cristie Gibbens for Petitioner.

Counsel for Petitioner was appointed for the limited purpose of assisting Petitioner in obtaining a complete record, possibly during an evidentiary hearing to reconstruct the trial transcript of this case. See Rule 8(c) of the Rules Governing Habeas Corpus Cases under Section 2254. That transcript was subsequently located and filed by Respondent. Aside from the filing of any supplemental record excerpts, including the photos referenced below, the record is now complete. Therefore, after the deadline to supplement set below, counsel's appointment will no longer be necessary or appropriate, and she must withdraw from the case. Should an evidentiary hearing become necessary in the future, Ms. Gibbens may be reappointed to represent Petitioner.

Accordingly, IT IS ORDERED that counsel for Petitioner SHALL FILE a Motion to Withdraw on or before October 8, 2019.

Also, the photocopies of the photographs that are currently in the state court record are indecipherable and virtually useless to the Court. Counsel for Respondent should search diligently for the original photographs, or for clear copies of the photographs, and file them into the record.

Accordingly, if found, counsel for Respondent SHALL FILE the original photographs, or clear copies of the photographs, as a supplement to the state court record, on or before October 1, 2019.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 17th day of September, 2019.

Joseph H.L. Perez-Montes
United States Magistrate Judge