UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DEANDRE JOHNSON,                    CIVIL ACTION 1:13-CV-03136
Petitioner

VERSUS                              JUDGE DRELL

BURL CAIN, WARDEN,
Respondent                          MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Johnson's § 2254 Petition for Writ of Habeas Corpus (Doc. 1) is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at *Alexandria,* Louisiana on this *31st* day of December, 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE